UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDAL SOLER and COREY STEWART,
individually and on behalf of all others similarly
situated,

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  5/6/2020

Plaintiffs,

-against-

20 Civ. 3431 (AT)

FRESH DIRECT, LLC, and FRESH DIRECT
HOLDINGS, INC.,

**ORDER**

Defendants.

ANALISA TORRES, District Judge:

It is ORDERED that the initial pretrial conference scheduled for July 9, 2020, at 11:20 a.m. shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

In addition, to protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

SO ORDERED.

Dated: May 6, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge