

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

Advocates for Workplace Fairness

February 12, 2021

**Via ECF**
District Judge Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Soler v. Fresh Direct, LLC*, No. 20 Civ. 3431 (AT) (BCM)

Dear Judge Torres:

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants to update the Court on the status of settlement discussions. The parties attended mediation on January 26, 2021, and made significant progress towards resolving this matter. Though the parties did not reach a settlement, they are scheduling a second mediation for March and have tentatively agreed to March 16, 2021. In the interim, the parties are working cooperatively and with mediator Stephen Sonnenberg narrow the issues for the second mediation.

Because of this timing, the parties respectfully request a further adjournment of their initial pretrial conference currently scheduled for February 19, 2021. *See* ECF No. 31. This is the parties' first request to adjourn this deadline, but their fifth request to adjourn the pre-trial conference in light of their settlement discussions. *See, e.g.*, ECF Nos. 21-24, 26-27, 30-31.

Should the Court permit this adjournment, the parties propose that they submit a further status letter to the Court by April 6, 2021 (or at another date preferred by the Court).

We thank the Court for its attention in this matter.

Respectfully submitted,

/s/ *Christopher M. McNerney*

Christopher M. McNerney

---

GRANTED. The conference scheduled for February 19, 2021, is ADJOURNED to **April 13, 2021**, at **11:00 a.m.** By **April 6, 2021**, the parties shall submit their join letter and case management plan.

SO ORDERED.

Dated: February 12, 2021
         New York, New York

ANALISA TORRES
United States District Judge