USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/23/2021__

**OUTTEN & GOLDEN**

Advocates for Workplace Fairness

April 22, 2021

**Via ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Soler v. Fresh Direct, LLC*, No. 20 Civ. 3431 (AT) (BCM)

Dear Judge Torres:

    I represent Plaintiffs in the above-referenced matter. I write, with Defendants' consent, to request a brief extension of the Court's Initial Pretrial Scheduling Conference, currently scheduled for Tuesday, April 27, 2021. *See* ECF No. 40. The parties have conferred, and are available for a rescheduled conference on Thursday, April 29, after 11:00 a.m., Friday, April 30, 2021, after 11:00 a.m., or at another time convenient to the Court.

    Plaintiffs respectfully request this extension because I am planning to take the lead for Plaintiffs at the conference, but am currently scheduled to receive a second COVID-19 vaccination dose on the morning of April 27, 2021—the date of the conference. Both because of the timing of the shot, and because of the potential side effects associated with the shot, it seemed prudent to request a brief extension. This is Plaintiffs' first request to extend this deadline,[1] no other deadlines are impacted by an extension, and the request was made promptly the day after the Court rescheduled the hearing for April 27, 2021.

---

[1] The parties requested previous adjournments of the Court's initial pretrial conference in light of their settlement discussions, *see* ECF No. 35, and most recently, the Court granted a one-day extension of their time to submit a case management plan and supporting documents, *see* ECF No. 37.

New York  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
San Francisco  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
Washington DC  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410
www.outtengolden.com

We thank the Court for its attention in this matter.

Respectfully submitted,

/s/ *Christopher M. McNerney*

Christopher M. McNerney

cc: Parties of Record (via ECF)

GRANTED. The conference scheduled for April 27, 2021, is ADJOURNED to **April 29, 2021**, **at 11:20 a.m.**

SO ORDERED.

Dated: April 23, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge