IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIDAL SOLER and COREY STEWART, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>FRESH DIRECT, LLC and FRESH DIRECT HOLDINGS, INC.,<br><br>           Defendants. | No. 1:20-CV-03431 (AT)<br><br>CLASS ACTION |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement and in the Declaration of Christopher M. McNerney in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement ("McNerney Decl."), and the supporting exhibits thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) Granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the McNerney Decl.;

(2) Conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(3) Appointing Outten & Golden LLP as Class Counsel;

(4) Approving the proposed Notice of Class Action Settlement and Claim Form, attached as **Exhibit B** to the McNerney Decl.; and

(5) Enjoining class members from filing or pursuing claims against Defendants released by the settlement.

*   *   *

Plaintiff also submits a Proposed Order, attached to the McNerney Decl. as **Exhibit C**, for the Court's convenience.

Dated: May 4, 2022  
New York, New York

Respectfully submitted,

/s/ *Christopher M. McNerney*  
**OUTTEN & GOLDEN LLP**  
Christopher M. McNerney  
Ossai Miazad  
685 Third Avenue, 25th Floor  
New York, New York 10017  
Telephone: (212) 245-1000

**OUTTEN & GOLDEN LLP**  
Adam Koshkin (admitted *pro hac vice*)  
One California St.  
12th Floor  
San Francisco, CA 94111  
Telephone: (415) 843-7229

*Attorneys for Plaintiffs and the Putative Class*