IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIDAL SOLER and COREY STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH DIRECT, LLC and FRESH DIRECT HOLDINGS, INC.,<br><br>Defendants. | No. 20 Civ. 3431 (AT) (BCM) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement and Certification of the Settlement Class, and Plaintiffs' supporting declarations and exhibits, Plaintiffs respectfully request that the Court issue an order:

(1) Granting final approval of the settlement;

(2) Finally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23 for settlement purposes only; and

(3) Incorporating the terms of the Settlement Agreement.

\*       \*       \*

Plaintiffs also submit a Proposed Order, attached to the Declaration of Christopher M. McNerney as **Exhibit F**, for the Court's convenience.

Dated: October 2, 2023
      New York, New York

Respectfully submitted,

/s/ *Christopher M. McNerney*
**OUTTEN & GOLDEN LLP**
Christopher M. McNerney
Eliana Theodorou**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: cmcnerney@outtengolden.com
Email: etheodorou@outtengolden.com

Ossai Miazad
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington D.C., 20005
Tel.: (202) 914-5097
Fax: (202) 847-4410
Email: om@outtengolden.com

Adam Koshkin*
**OUTTEN & GOLDEN LLP**
One California St., 12th Floor
San Francisco, CA 94111
Telephone: (415) 843-7229
Email: akoshkin@outtengolden.com

*Admitted *Pro Hac Vice*
***Pro Hac Vice* Application Forthcoming

*Attorneys for Plaintiffs and the Class*